```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
BSP AGENCY, LLC,

                        Plaintiff,

        -against-

HEARD LAW FIRM PLLC, DENMAN H.
HEARD, MERMAN LAW FIRM PLLC, and
DEREK MERMAN,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/1/2025_____

25 Civ. 2286 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the letter of Defendants Derek Merman and Merman Law Firm PLLC (together, the "Merman Defendants") seeking leave to file a motion to dismiss Plaintiff's complaint, along with Plaintiff's response in opposition. ECF Nos. 23–24. Accordingly:

1. The Merman Defendants' request is GRANTED;
2. By **May 30, 2025**, the Merman Defendants shall file their motion to dismiss;
3. By **June 20, 2025**, Plaintiff shall file its opposition papers; and
4. By **July 3, 2025**, the Merman Defendants shall file their reply, if any.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23.

SO ORDERED.

Dated: May 1, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge