```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/21/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BSP AGENCY, LLC,

               Plaintiff,

-against-

HEARD LAW FIRM PLLC, DENMAN H. HEARD, MERMAN LAW FIRM PLLC, and DEREK MERMAN,

               Defendants.

25 Civ. 2286 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter and proposed case management plan. ECF Nos. 26, 26-1. The parties have not adequately explained what exceptional circumstances would warrant extending the Court's (1) 30-day timeline for filing a motion to amend the pleadings or to join additional parties, (2) 14-day timeline for initial disclosures pursuant to Rule 26(a)(1), or (3) 120-day timeline for completing fact discovery.

    As the Court states in its Civil Case Management and Scheduling Order, it will not stay discovery pending its decision on any motion. Accordingly, by **May 18, 2025**, the parties shall submit a revised proposed case management plan. In that proposed plan, Plaintiff shall indicate its intentions with respect to prosecuting this action against Defendants Denman H. Heard and the Heard Law Firm PLLC, who have not yet appeared in this matter.

    SO ORDERED.

Dated: May 21, 2025
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge