UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BSP AGENCY, LLC,

                Plaintiff,

-against-

HEARD LAW FIRM PLLC, DENMAN H. HEARD,
MERMAN LAW FIRM PLLC, and DEREK MERMAN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/9/2025

25 Civ. 2286 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

    By letter dated September 3, 2025, *see* ECF No. 59, Plaintiff requested to extend the deadline to reopen this action until September 8, 2025, to allow the parties to finalize their settlement. *See also* ECF No. 52; ECF Nos. 54, 56, 58 (granting the parties' requests to extend the deadline to reopen this action). By letter dated September 8, 2025, the parties informed the Court that a settlement has been executed. Accordingly, by **September 15, 2025**, the parties shall file a stipulation of dismissal.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 59, which is denied as moot.

    SO ORDERED.

Dated: September 9, 2025
       New York, New York

                                                ANALISA TORRES
                                           United States District Judge